**Opinion issued February 9, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00985-CV

———————————

**PABLO G. LOZANO, Appellant**

**V.**

**HOANG BUONOMO AND SAFA KHARSA, Appellees**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-27307**

---

## MEMORANDUM OPINION

Appellant, Pablo G. Lozano, has filed an unopposed motion for dismissal of his appeal after settling the case. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2), 42.1(a)(1). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.1(a)(1), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.